Justin T. Quinn
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com

Gregory L. Diskant (*pro hac vice forthcoming*)
Irena Royzman (*pro hac vice forthcoming*)
Jordan M. Engelhardt (*pro hac vice forthcoming*)
**PATTERSON BELKNAP WEBB &TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone No.: (212) 336-2000

*Attorneys for Non-Party Kevin L. Cooper*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEVIN L. COOPER<br><br>Non-Party, | Civil Action No. ___________________<br><br>***Document electronically filed.*** |
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC., et al.<br><br>Defendants. | **NOTICE OF MOTION TO QUASH DEPOSITION SUBPOENA ON NON-PARTY KEVIN L. COOPER**<br><br>**Return Date: April 1, 2019**<br><br>**Oral argument requested**<br><br>Related to Case No. 1:17-cv-01084-LY, pending in the United States District Court for the Western District of Texas |

**TO:** Clerk, United States District Court
District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Michael W. Shore, Esq.
Alfonso G. Chan, Esq.
Chijioke E. Offor, Esq.
Samuel E. Joyner, Esq.
Ari B. Rafilson, Esq.
Christopher L. Evans, Esq.
**Shore Chan DePumpo LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202

**COUNSEL:**

**PLEASE TAKE NOTICE** that on April 1, 2019, or on a date and time to be set by the Court, Non-Party Kevin L. Cooper, by and through his attorneys, Robinson Miller LLC and Patterson Belknap Webb & Tyler LLP, will move before the United States District Court for the District of New Jersey for an Order quashing the third-party deposition subpoena that was served on him by Plaintiffs, pursuant to Rules 45 and 26 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Dr. Cooper will rely upon the accompanying Memorandum of Law, Declaration of Kevin L. Cooper, Declaration of Jordan M. Engelhardt, and the attendant exhibits.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service also is submitted herewith.

Dated: March 7, 2019

By: s/ Justin T. Quinn
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.: (973) 690-5400

Gregory L. Diskant
Irena Royzman
Jordan M. Engelhardt

**PATTERSON BELKNAP WEBB &TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone No.: (212) 336-2000

*Attorneys for Non-Party Kevin L. Cooper*