**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEVIN L. COOPER<br><br>Non-Party, | Civil Action No. 19-8110 (BRM)<br><br>***Document electronically filed.*** |
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC., et al.<br><br>Defendants. | [redacted] **ORDER GRANTING MOTION TO QUASH SUBPOENA**<br><br>Related to Case No. 1:17-cv-01084-LY, pending in the United States District Court for the Western District of Texas |

**THIS MATTER** having been brought before the Court by Non-Party Kevin L. Cooper, by and through his attorneys Robinson Miller LLC and Patterson Belknap Webb & Tyler LLP, for the entry of an Order quashing the third-party deposition subpoena that was served on him by Plaintiffs; and the Court having considered the parties' submissions, in support of and in opposition to the instant motion, as well as the arguments of counsel, if any; and for good cause shown;

**IT IS** on this 8th day of March 2019, hereby

**ORDERED** that Non-Party Kevin L. Cooper's motion to quash Plaintiffs' subpoena is **GRANTED**.

**IT IS SO ORDERED.**

Hon. U.S.D.J.